

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### EASTERN District Of NORTH CAROLINA

FILED

OCT 2 0 2017

STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

In re: ROBIN FELECIA LEARY

Case No. 17-01870.

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust | Beneficial Financial I Inc., successor by merger to Beneficial Mortgage Co. of North Carolina Inc. HSBC Mortgage Services, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
Phone: (800)401-6587
E-mail: SD-Bankruptcy@caliberhomeloans.com
Last Four Digits of Acct #: 2966

Court Claim # (if known): 5-1
Amount of Claim: $150963.47
Date Claim Filed: 06/29/2017

Phone: (866) 824-0824
Last Four Digits of Acct. #: 3263

Name and Address where transferee payments should be sent (if different from above):
Caliber Home Loans, Inc.
PO Box 24330
Oklahoma City, OK 73124
Phone: (800)401-6587
E-mail: SD-Bankruptcy@caliberhomeloans.com
Last Four Digits of Acct #: 2966

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Amanta Hyth_

AIS Data Services, LP as agent
Transferee/Transferee's Agent

Date 10/19/2017

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.